

# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2018

No. 04-17-00637-CV

**MELLENBRUCH FAMILY PARTNERSHIP, LP**,
Appellant

v.

Annette Louise Klattenhoff **KENNEMER**, Naomi Klattenhoff Peters, William Young, Carolyn
Young, Carla Schreiber & Carl W. Matteck,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 16-03-00029-CVL
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

On August 29, 2018, this court issued a memorandum opinion affirming the trial court's judgment on the deed construction, adverse possession, and trespass-to-try-title questions, but reversing the award of attorney's fees.

On October 1, 2018, the parties filed an "Agreement and Stipulation" that unconditionally waived and abandoned all parties' rights to any further appellate review by this court or the Supreme Court of Texas. *See* TEX. R. APP. P. 49.1, 49.7, 53.1.

The parties note that their agreement "will allow this Court to promptly issue its Mandate to the trial court below."

We construe the "Agreement and Stipulation" to include an agreed motion for this court to issue its mandate immediately. *See id.* R. 18.1(c).

The parties' agreed motion is GRANTED; we direct the clerk of this court to issue the mandate immediately. *See id.* R. 18.1.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of October, 2018.



KEITH E. HOTTLE,
Clerk of Court